# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Wylie S. Rogers

                       Plaintiff,

v.                                                  Case No.: 1:19–cv–02596

                                                            Honorable Steven C. Seeger

Wells Fargo Bank N.A.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2020:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant's Motion to Amend The Court's March 6, 2020 Memorandum Opinion and Order to Include a Certification Under 28 U.S.C. § 1292(b) or Alternatively, for Reconsideration (Dckt. No. [53]) is taken under advisement. The Court will issue a ruling via CM/ECF. Motion hearing previously set for May 12, 2020 is stricken. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.